# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### September 16, 2015

| | | | | | |
|---|---|---|---|---|---|
| Giglio | vs | Monsanto Co., et al. | No. | 15cv2279-BTM |

Hon.  Nita L. Stormes          Deputy Clerk  n/a

The Honorable Nita L. Stormes recuses from this case and **ORDERS** that the case be reassigned to another magistrate judge.

Assigned to: [New Judge]

New Case #: [New Case No.]

**Please forward judge's court file to new assigned judge.**