UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL RICHARD GIGLIO,<br><br>  Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>  Defendant. | Case No.:  15cv2279 BTM(WVG)<br><br>**ORDER DENYING MOTION TO STAY PENDING DECISION ON MOTION TO DISMISS** |

    Defendant Monsanto Company has filed a motion to stay all discovery-related activities in this case, including the parties' Rule 26(f) conference and report, pending resolution of Defendant's Motion to Dismiss Plaintiff's Complaint. Defendant argues that such a stay would further the interests of justice and prevent potential waste of party and court resources.

    However, in this district, the Rule 26(f) conference and initial disclosures are normally scheduled by the Magistrate Judge assigned to the case <u>after</u> the answer has been filed.  Judge Gallo typically sets the schedule for the initial disclosures and Rule 26(f) conference after the ENE Conference if the case does not settle. Under Fed. R. Civ. P. 26(d), discovery does not commence until the parties meet

1  and confer as prescribed by Rule 26(f) unless otherwise ordered by the Court or
2  agreed by the parties.
3     Accordingly, a stay of discovery pending resolution of Defendant's motion to
4  dismiss is not necessary.  Defendant's motion [Doc. 20] is therefore **DENIED**.

Dated:  February 8, 2016

_____
Barry Ted Moskowitz, Chief Judge
United States District Court