**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL RICHARD GIGLIO,<br><br>  Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY AND JOHN DOES 1-50,<br><br>  Defendant. | Case No.: 3:15-cv-2279-BTM-WVG<br><br>**RULE 502(d) ORDER** |

  1.  The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

  2.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Dated:  June 21, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge